[No. 36891-9-II.   Division Two.   June 2, 2009.]

GREGGORY JOHNSON, *Respondent*, v. KAREN ANN KNOUD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-10081-3, Frederick W. Fleming, J., entered September 21, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 37188-0-II.   Division Two.   June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD M. MATOS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-01512-8, Richard A. Strophy, J., entered January 7, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 37288-6-II.   Division Two.   June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ARIEL R. MARINO, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-06057-3, Bryan E. Chushcoff, J., entered December 28, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 37500-1-II.   Division Two.   June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. APELU TAMAU, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-01060-8, Ronald E. Culpepper, J., entered March 6, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.